No. 11–8711. TORRES-ROSARIO *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–8715. CARR *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–8717. MYERS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–8719. HOWARD *v.* UNC HEALTHCARE SYSTEM ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–8724. CRUZ-ARELLANES *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–8726. INMAN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–8727. FORD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–8730. KEARNS *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 11–8734. HUARD *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–8738. GREENE *v.* HUMPHREY, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 11–8741. MIRACLE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–8742. ORTIZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–8743. LEYVA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–8746. SANTILLAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–8747. STINSON *v.* UNITED STATES; and

No. 11–8811. GRIFFIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 647 F. 3d 1196.

No. 11–8756. POMALES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–8765. AKANDE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 11–8768. WRIGHT v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–8770. HENDERSON v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 11–8771. FREEMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–8777. HARTZOG v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–8779. LAWRENCE v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 11–8782. GARCIA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–8786. DORSEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–8795. MOSLEY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–8796. PROPST v. OWENS, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 11–8807. SUFI v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–8808. MONTAGUE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–8810. HARDEMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–8812. MCCLAIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.